EDWARD W. LADD, vs. THE M. E. CHURCH, OF EAST SAGINAW.

THE statute, § 4839, C. L., providing that " in actions by, or against, any corporation, created by, or under any law of this State, it shall not be necessary to recite the act, or acts of incorporation," &c,, " but the same may be pleaded by reciting the title of such act, and the date of its approval," has not been regarded as superceding the mode of declaring, permitted before that statute was passed.

A corporation may be declared against by the name by which it is known, without allezing it to be chartered or incorporated, if the description impliedly amounts to an allegation that the defendant is a corporate body.

*Circuit Court, Saginaw County, June*, 1869.

Demurrer to declaration.

In the commencement of the declaration, the defendant is named and described, thus : " The Methodist Episcopal Church, of East Saginaw, a society for religious purposes, organized under the laws of Michigan."

The sole cause of demurrer, is :  " That the  declaration does not contain any allegation that the defendant is a corporation, organized under any particular law of this State, and does not recite the title of the act, or the date of its approval, by, or under which said corporation was created."

*Webber & Smith*, for Plaintiff.

*H. Joslin*, for Defendant.

SUTHERLAND, J.—The case of *The People vs. DeMill*, 15 *Mich.*, 164, is cited in support of the demurrer.  That case is not applicable ; it does not declare what allegations of a defendant's corporate existence are necessary in a declaration.  The corporation was not a party to that proceeding.

The statute referred to, § 4839, C. L., offers  certain advant-

ages to the pleader—see section 4840, C. L.—but it has not been regarded as superceding the mode of declaring, for, or against a corporation, permitted before that statute was passed, *Onon daga Co. Bank, vs. Carr,* 17, *Wend,* 443 ; *LaFayette Ins. Co., vs. Rodgers,* 30, *Barb.* 491 ; *Kennedy, vs. Colten,* 28, *Barb.* 59 ; *Union Ins. Co., vs. Osgood,* 1, *Duer,* 707 ; *Leghte, vs Everett,* 5, *Bosworth* 716 ; 2 *R. S. New Y.* 459, *Section* 13.

A corporation may be declared against by the name by which it is known, without alleging it to be chartered or incorporated, if the description implied amounts to an allegation that the defendant is a corporate body, *Angel & Ames, on Cor Sec.,* 649 ; *Woolf, vs. The City Steam Boat Co.,* 62 *Eng. Com. L.,* 101.

The demurrer overruled. Leave will be granted to withdraw he demurrer, and plead in 20 days, on paying the costs of the demurrer.